UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| MITCHELL WALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:10-cv-449-GZS |
| | ) | |
| RICARDO MARTINEZ, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 11, 2011, her Recommended Decision (Docket No. 23). Plaintiff filed a copy of a doctor's report "in support of opposition of the Government" (Docket No. 25) on March 11, 2011. Plaintiff filed his Objection to the Recommended Decision (Docket No. 26) on March 25, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2241 Petition (Docket No. 1) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 12th day of April, 2011.